**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name **WYMAN DWIGHT EARL**
    (Last)        (First)        (Initial)

Prisoner Number **CDC# T47472  # ULF 400**

Institutional Address **ALAMED COUNTY SHERIFF OFFICE**

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DWIGHT Earl WYMAN**
(Enter the full name of plaintiff in this action.)

vs.

**Parole office Coaphan & Farley William other parole officers CDC California**
(Enter the full name of the defendant(s) in this action)

Case No. **CV 08 1158 RMW (PR)**
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

[<u>Note</u>: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement **ALAMED COUNTY SHERIFF OFFICE**

B.    Is there a ~~grievance~~ 602 procedure in this institution? **Santa Rita Jail**

        YES (X)    NO ( )

C.    Did you present the facts in your complaint for review through the ~~grievance~~ 602 procedure?

        YES (X)    NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT        - 1 -

1      1. Informal appeal _____

2      _____

3      _____

4      2. First formal level_____

5      _____

6      _____

7      3. Second formal level_____

8      _____

9      _____

10     4. Third formal level _____

11     _____

12     _____

13   E.   Is the last level to which you appealed the highest level of appeal available to

14       you?

15         YES ( )     NO (X)

16   F.   If you did not present your claim for review through the grievance procedure,

17 explain why. *I did but It will take the 602 to*

18 *Long to get back to me. I am at the time*

19 *limited of 6 months is at this months*

20 II.   Parties.

21   A.   Write your name and your present address. Do the same for additional plaintiffs,

22       if any.

23 *DWIGHT EARL WYMAN # ULF400 might be moving*

24 *5325 BRODER BLVD soon to prison than*

25 *DUBLIN CA. 94568     home both address*

26   B.   Write the full name of each defendant, his or her official position, and his or her

27       place of employment.

28 *Parole office in San Jose off of Coleman Ave*

COMPLAINT           -2-

1. Cona Phan
2. Farley William In the same office to the
3. left of Farley william there is Parole officer
4. I didn't know his full name

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

11-28-06 I was arrested for drug poss i was offer drug treatment Class in Dec/06 in the Lower courts Santa Clara County Dept 63 I also had a violation i was on Parole My Parole officer C.Phan told Lower Court that i couldn't do the drug treatment class because i had a misconduct so when i went to the higher courts they offer me 5 years for poss for Sales until the Lab result came weight 0.02 of cocaine so they send me back to Dept 63 to try the drug treatment Class again but Parole officer was still saying misconduct so the BPH hearing i had in Dec/06 offer me 10 months with 1/2 time i said no i went back to the higher

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

The Misconduct was Fraud and prove in Court I was ELIGIBLE for the program the first time drug poss in the lower court Dept 63 in Dec/06 also

COMPLAINT                                    - 3 -

pg 2    II. Parties (A)

Around * DWIGHT E WYMAN #J4742
end Fed   San Quetin STATE PRISON (CDC)
Begging march   San Quetin CA 9

*       home  Dwight Wyman
March   978 Coffey Ct
30, 08  SAN JOSE CA 95123

# IV RELIEF

Will bring me all the way back to July 24, 07 Any violation after that day i done with no charges i should be pay for and my loss property, pain and suffering, false imprisonment mental stress, and officers names i don't know are in this Lawsuite. I want my housing oppointment Section 8 that i loss because of being in Jail i couldn't make the appointment on Dec 04, 06 and Jan/07 i have been waiting for 8 years on that List I also loss a bike, and clothes, jewels 8-1-07 when the Parole officers Cora Phan and Farley William arrest me and wouldn't let me get my Stuff that was right there I was release (cop) with in a week and it was not my fault but i loss property and Loss wage to $20 HR and overtime to $30 HR from 11-28-06

To Show 8 months off the end of my Discharge date March 30, 08 And any violation after July 23, 07 i want to be for all those days i was incarceation

| | |
|---|---|
| march 30 | August 30 = right now 233 days |
| February 29 | July 24, 07 = 7 more 240 days |
| January 31 | |
| December 31 | Violations after date |
| November 30 | 8-1-07 = 7 days (COP) |
| October 30 | 8-24-07 = 87 days release 11-20-07 |
| September 30 | 12-05-07 = 116 days march 30, 08 |

Pg 2

## III Statement of Claim

Courts same (DA) LEE offer me year county jail he wouldn't give me the drug treatment class because of my Parole officer Cona Phan fales evidence that he told the (DA) LEE and my lawyer Barbar Muller i had misconduct so i try go back to the (BPH) in Jan/07 because of the false evidence that my Parole officer Cona Phan kept giving them i was Denied drug treatment Class again So i end up taking the year in the county jail because at that time couldn't prove it was false evidence The (DA) LEE want to take my credits give it toward my violation and make me do the holl year with no cerdits towards it because of the false evidence the Parole officer was saying which is call a misconduct of violation for not registering for 290 at my father house and not reporting to the Parole office when i was release from prison on the 11-14-06 he said i didn't show up on 11-15-06 at the Parole office On July 20, 07 i went to court to fight for my cerdits the (DA) LEE and Parole officer Cona Phan trying to take away my cerdits from me in Dept 30 or 31 Santa Clara County Superior Court Judg Cunningham my Lawyer Barbar Muller show so much strong evidence of i had register at my father house there was a envelope not open from the Police Dept with the register card inside of the envelope and the date show on It when it was mail on the inside register card show the date

Pg 3

## III Statement of Claim

i register on within 5 days of me beeing release from prison and I had evidence showing that i did show up at the Parole office the next day i got release from prison i had a print out paper that i got from the officer of the day at the Parole office because my Parole officer Cora Phan went on vacation on the 11-15-06 which was the next day after i got out of prison gave me a print out paper which came from Cora Phan computer with 6 instrustions list for me to follow with the date on it to and i did every thing on that list

This is why i am sueing the Parole officer cora Phan was the one that committed the misconduct by giving false evidence to the lower court and the (BPH) hearing and the (DA) and the Judge cunningham, Santa Clara Superior Court and it was prove in court on July 20,08 and stop me from getting the drug treatment class and being release in Dec/06 and i wouldn't be here asking to you to punish Defendant in the complaint

would have so all of the months i did in the county jail should be take off the end of my parole which is my discharge date that is march 30, 08 8 months should come off which is 240 days that been release in Dec/06 to go to Drug treatment class

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17__ day of __February__, 20_08_

__Dwight Wyman__
(Plaintiff's signature)

COMPLAINT                                              - 4 -

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
|  |  |

_____ **CAUSE OF ACTION—Intentional Tort**        Page _____
(number)

ATTACHMENT TO   ☒ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* DWIGHT WYMAN

alleges that defendant *(name):* Cana Phan Parole officer

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date):* 11-28-06
at *(place):*

*(description of reasons for liability):*

C, Phan said there misconduct and there never was one in the first places and he knew this To do more time Jail time Loss of wage from 20 HR overtime 30 HR Loss houseing oppiontment Section 8 Loss Job that 29,60 HR
Loss property clothing & jewels mental stress, false imprisonment

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION--Intentional Tort**

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(6)

| SHORT TITLE: | CASE NUMBER: |
|---|---|

## Exemplary Damages Attachment

Page _____

ATTACHMENT TO  ☒ Complaint   ☐ Cross - Complaint

EX-1. As additional damages against defendant *(name):*

Plaintiff alleges defendant was guilty of
☒ malice
☒ fraud
☒ oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

EX-3. The amount of exemplary damages sought is
a. ☐ not shown, pursuant to Code of Civil Procedure section 425.10.
b. ☐ $

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

_____  **CAUSE OF ACTION—General Negligence**   Page _____
(number)

ATTACHMENT TO  ☒ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*

   alleges that defendant *(name):*

   ☐ Does _____ to _____

   was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
   on *(date):*
   at *(place):*

   *(description of reasons for liability):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
DWIGHT E WYMAN
978 Coffey Ct San Jose CA 95123
TELEPHONE NO.: (408) 469-8934  FAX NO.: (408) 263-7856
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Santa Clara
STREET ADDRESS: N. First Street
MAILING ADDRESS: 191
CITY AND ZIP CODE: San Jose CA 95113
BRANCH NAME:

CASE NAME: DWIGHT E WYMAN

**CIVIL CASE COVER SHEET**
[x] Unlimited (Amount demanded exceeds $25,000)
[ ] Limited (Amount demanded is $25,000 or less)

**Complex Case Designation**
[ ] Counter  [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER:
JUDGE:
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[x] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [ ] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [x] punitive
4. Number of causes of action (specify):
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.) N/A

Date:
DWIGHT E WYMAN                                   ▶ Dwight Wyman
(TYPE OR PRINT NAME)                               (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

E-filing

Judge    CV 08    Feb 17, 08
         1158 RMW (PR)

All the evidence to this case is at the address at the bottom of this paper I have been trying to get but they just will not those court papers to me I like a court order for to give them to me please

Public Defender Main office
120 West Mission Street
San Jose CA 95110

Dweight Wynn
Feb 17, 08

JS 44 - CAND (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**
WYMAN E DWIGHT

**DEFENDANTS**
PAROLE OFFICE AGENCY C. PHAN AND FARLEY WILLIAM PAROLE AGENT OF (CDC)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)
Santa Clara County

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
Santa Clara County

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**ATTORNEYS** (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ Removed from State Court
- ☐ Remanded from Appellate Court
- ☐ Reinstated or Reopened
- ☐ Transferred from Another district (specify)
- ☐ Multidistrict Litigation
- ☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane / ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander / ☐365 Personal Injury Product Liability | ☐630 Liquor Laws | PROPERTY RIGHTS | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability / ☐368 Asbestos Personal Injury Product Liability | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability / PERSONAL PROPERTY / ☐370 Other Fraud | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle / ☐371 Truth In Lending | ☐690 Other | | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liability / ☐380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐360 Other Personal Injury / ☐385 Property Damage Product Liability | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| ☐196 Franchise | | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| ☐210 Land Condemnation | ☐441 Voting / ☒510 Motion to Vacate Sentence Habeas Corpus: | ☐790 Other Labor Litigation | ☐865 RSI (405(g)) | ☐895 Freedom of Information Act |
| ☐220 Foreclosure | ☐442 Employment / ☐530 General | ☐791 Empl.Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐230 Rent Lease & Ejectment | ☐443 Housing / ☐535 Death Penalty | | ☐870 Taxes (US Plaintiff or Defendant) | ☐950 Constitutionality of State Statutes |
| ☐240 Torts to Land | ☐444 Welfare / ☐540 Mandamus & Other | | ☐871 IRS - Third Party 26 USC 7609 | ☐890 Other Statutory Actions |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights / ☒550 Civil Rights | | | |
| ☐290 All Other Real Property | ☐445 Amer w/ disab - Empl / ☐555 Prison Condition | | | |
| | ☐446 Amer w/ disab - Other | | | |
| | ☐480 Consumer Credit | | | |
| | ☐490 Cable/Satellite TV | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ ▓▓▓ CHECK YES only if demanded in complaint: ☐
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)   ☐ SAN FRANCISCO/OAKLAND   ☒ SAN JOSE

**DATE** February 17-08

**SIGNATURE OF ATTORNEY OF RECORD** dwight [signature]

DWIGHT E.
5325 BRODER
Dublin CA

RECEIVED
FEB 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
for the Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco CA 94102