**FILED**
FEB 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DWIGHT Earl WYMAN

Plaintiff,

vs.

C. Phan and Farley William
Parole Office
(CDC)

Defendant.

CASE NO. CV 08 1158 RMW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, DWIGHT E WYMAN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A  Net: N/A

Employer: N/A

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Frank Lovelase    This address is also
5  978 Coffey ct     where i live, this my
6  San Jose CA 95123  home address to
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9    a.  Business, Profession or                    Yes X  No ___
10       self employment
11   b.  Income from stocks, bonds,                 Yes ___ No X
12       or royalties?
13   c.  Rent payments?                             Yes ___ No X
14   d.  Pensions, annuities, or                    Yes ___ No X
15       life insurance payments?
16   e.  Federal or State welfare payments,         Yes X  No ___
17       Social Security or other govern-
18       ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  I was only two weeks out of prisoned
22  Job of $250.00 and from State Welfare #13|,00
23  3.  Are you married?                            Yes X  No ___   dollars
24  Spouse's Full Name: Angle Wyman
25  Spouse's Place of Employment: none
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ -0-                    Net $ -0-
28  4.  a.  List amount you contribute to your spouse's support:$ -0-

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  DW, 7  0

7  5.  Do you own or are you buying a home?    Yes ___  No  X
8  Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A
9  6.  Do you own an automobile?              Yes ___  No  X
10 Make  N/A   Year  N/A   Model  N/A
11 Is it financed? Yes ___  No  X   If so, Total due: $  N/A
12 Monthly Payment: $  N/A
13 7.  Do you have a bank account?  Yes  X  No ___  (Do not include account numbers.)
14 Name(s) and address(es) of bank:  Bank of America
15 San Jose CA Store ?
16 Present balance(s): $  I own $250.00 Dollars
17 Do you own any cash?  Yes ___  No  X  Amount: $  0
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___  No  X
20                               N/A
21 8.  What are your monthly expenses?
22 Rent: $  0              Utilities:  0
23 Food: $  0              Clothing:  0
24 Charge Accounts:
25 Name of Account            Monthly Payment           Total Owed on This Acct.
26 First Nations       $  $50 Dollars         $  unknown
27 Macy's              $  $50 Dollars         $  unknown
28 Sears               $  $50 Dollars         $  unknown

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____N/A_____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 February 17, 08                     [signature]
17      DATE                          SIGNATURE OF APPLICANT