OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FILED

MAR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dwight E Wigman
747467
Avenal Valley
5305 Corda Road
Avenal Ca 95508



NOT IN CUSTODY
RETURN TO SENDER

RECEIVED

MAR 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 19**

2 Name __WYMAN    DWIGHT    EarL__

3     (Last)                    (First)                    (Initial)

4 Prisoner Number __(CDC) T47472  #ULF 400__

5 Institutional Address __ALAMED COUNTY SHERIFF OFFICE__

6 ================================================

7 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8 __DWIGHT EarL WYMAN__

9 (Enter the full name of plaintiff in this action.)    **CV 08    1158**

10                         vs.                                      Case No. _____
                                                            (To be provided by the Clerk of Court)

11 __Parole office__                                    **RMW**

12 __comphan & Farley William__        **COMPLAINT UNDER THE**
                                                            **CIVIL RIGHTS ACT,**
13 __other Parole officers__              **Title 42 U.S.C § 1983**    **(PR)**

14 __CDC California__

15 (Enter the full name of the defendant(s) in this action)

16 *[All questions on this complaint form must be answered in order for your action to proceed..]*

17 I.    Exhaustion of Administrative Remedies.

18    [**Note:** You must exhaust your administrative remedies before your claim can go

19    forward. The court will dismiss any unexhausted claims.]

20    A.    Place of present confinement __ALAMED COUNTY SHERIFF OFFICE__

21    B.    Is there a ~~grievance~~ 602 procedure in this institution? __Santa Rita Jail__

22          YES (X)        NO ( )

23    C.    Did you present the facts in your complaint for review through the ~~grievance~~ 602

24          procedure?

25          YES (X)        NO ( )

26    D.    If your answer is YES, list the appeal number and the date and result of the

27          appeal at each level of review. If you did not pursue a certain level of appeal,

28          explain why.

COMPLAINT                                    - 1 -