

**FILED**

MAY 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dwight Earl Wyman
T-47470
Santa Rita Jail
Unit 400
5325 Broder Blvd.
Dublin, CA 94568



*E-FILED - 5/7/08*

ES DISTRICT COURT

STRICT OF CALIFORNIA

No. C 08-1158 RMW (PR)

JUDGMENT

...il rights complaint without prejudice. A

...tered. The clerk shall close the file.

*Ronald M. Whyte*
NALD M. WHYTE
ited States District Judge

28

Order of Dismissal
G:\PRO-SE\SJ.Rmw\CR.08\Wyman158.jud.wpd      1