

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# FIRST NOTICE OF PAYMENT DUE

Dwight Earl Wyman
Santa Rita Jail    T-47472    ULF 400
5325 Broder Blvd.
Dublin, CA 94568

**Notice Date**
05/30/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied and the filing fee is now due.

### This fee is due for the following case:

**Case Title: Wyman v. Parole Office et al**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 5:08-cv-01158-RMW | 02/27/2008 | 05/07/2008 | $350.00 |

Please immediately send a check for $350.00 to the following address:

United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.    Total amount due: $350.00**